UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
NOV - 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                               DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>    vs.<br><br>MATTHEW KNOX NORRIS (2),<br><br>                Defendant. | CASE NO. 07CR2913-L<br><br>JUDGMENT OF DISMISSAL |

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) of: TITLE 18 U.S.C., SEC. 1832(a)(5) - CONSPIRACY TO STEAL TRADE SECRETS

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: NOVEMBER 4, 2008

CATHY ANN BENCIVENGO
UNITED STATES MAGISTRATE JUDGE

ENTERED ON  11/4/08